UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS VARGAS ROMERO,

        Petitioner,

    v.

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER,
US ATTORNEY GENERAL,

        Respondents.

Case No. 2:26-cv-1770-KCD-NPM

_____/

## <u>ORDER</u>

Petitioner Luis Vargas Romero has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government responds (Doc. 9), and Romero filed a reply (Doc. 10).

This is Romero's second petition. The prior case was dismissed because it was filed within the presumptively reasonable six-month period set forth in *Zadvydas*. *See* Case No. 2:26-cv-1142-KCD-DNF, 2026 WL 1251690 (M.D. Fla. May 7, 2026). Because Romero's detention is still within the six-month window, the same result applies here. (*Id.*)

Accordingly, the habeas petition (Doc. 1) is **DENIED**. However, this denial is without prejudice to Romero refiling a new petition should his

current detention exceed the six-month mark, and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on June 15, 2026.

Kyle C. Dudek
United States District Judge